Argued November 2, dismissed November 13, 1973

CITY OF MT. ANGEL, *Respondent, v.* VAN CLEVE
(No. 79949), *Appellant.*

515 P2d 730

*Clemens E. Ady,* Salem, argued the cause for appellant. On the brief was Jerry G. Kleen, Salem.

*Robert L. Engle,* Assistant City Attorney, Mt. Angel, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

DISMISSED FOR WANT OF JURISDICTION. ORS 221.360; *Tillamook City v. Bogart,* 9 Or App 428, 496 P2d 34 (1972).